In the Matter of the Judicial Settlement of the Intermediate Accounts of FREDERICK E. SQUIRES and Another, as Trustees, etc., of GEORGE W. SQUIRES, Deceased, Respondents. PAUL C. SQUIRES, Appellant.— Decree so far as appealed

from affirmed, with costs to respondents payable out of the estate, on the authority of *Matter of Brewster* (246 App. Div. 192; affd., 271 N. Y. 599). All concur, except Dowling, J., who dissents and votes for reversal on the authority of *Shipman* v. *Rollins* (98 N. Y. 311, 314, 330); *Matter of Crane* (164 id. 71, 76); *Dickerson* v. *Sheehy* (156 App. Div. 101, 104; affd., 209 N. Y. 592); *Benedict* v. *Salmon* (177 App. Div. 385; affd., 223 N. Y. 707); *Matter of Silsby* (229 id. 396); *Matter of von Kleist* (265 id. 422, 427, and cases cited); *LaFarge* v. *Brown* (31 App. Div. 542); *Matter of Foster* (174 Misc. 933, 935). (The decree judicially settles and allows the accounts of the trustees, adjudges that no fraud has been committed, and construes a will.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.